IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

LOUISE PASCHALL, et al.,    *
                             *
     Plaintiffs,            *
                             *
    v.                            *
                             *      CV 115-167
                             *
ALTACARE CORPORATION, et al., *
                             *
     Defendants.            *
                             *
                             *

## O R D E R

Presently before the Court is the parties' motion to remove the Court's Order staying the case. (Doc. 25.) Upon the parties' request, the Court stayed this matter on February 9, 2016. (Doc. 22.) In their request to stay, the parties indicated that they were attempting to settle the matter. The parties now represent that settlement negotiations have failed and request that the Court remove the stay. Upon consideration, the parties' motion is **GRANTED**. The Court **ORDERS** the stay **REMOVED**.

Defendants previously filed a motion to dismiss (doc. 9) in this matter, and Plaintiffs previously filed a motion to certify a class (doc. 14). The parties now request that the Court allow

Defendants leave to refile their motion to dismiss by April 4, 2016. The parties also request that the Court grant Defendants leave to respond to Plaintiffs' motion to certify. Upon consideration, the Court **GRANTS** these requests. Defendants shall refile their motion to dismiss by **April 4, 2016** and shall respond to Plaintiffs' motion to certify by **April 11, 2016**. Additionally, because the Court has granted Defendants leave to refile their motion to dismiss, the parties are instructed to inform the Court within **seven days from the date of this Order** whether the motion to dismiss currently pending on the Court's docket should be removed from the docket.

**ORDER ENTERED** at Augusta, Georgia this ___1st___ day of April, 2016.

```
_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
```