IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| LOUISE PASCHALL, On behalf of herself and other similarly situated employee-participants, et al., | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | CV 115-167 |
| SALEM NURSING & REHAB CENTER OF AUGUSTA, INC., et al., | ) ) ) | |
| Defendants. | ) | |

_____

**O R D E R**
_____

Before the Court is Cary Ichter's motion for leave to appear *pro hac vice* in the above captioned case. (Doc. no. 71.) On June 25, 2019, the Clerk of Court entered a Notice of Filing Deficiency regarding Mr. Ichter's motion because he failed to include a list of all cases in which he appeared as counsel before the Southern District of Georgia. (Doc. no. 72); see Loc. R. 83.4(b)(2). There was no response to the notice of filing deficiency. Accordingly, for the reasons stated in the Clerk of Court's Notice of Filing Deficiency, the Court **DENIES** the motion with the right to refile, following all requirements of Local Rule 83.4.

SO ORDERED this 23rd day of July, 2019, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA